Christopher F. Wohl, SBN: 170280
Tiffany T. Tran, SBN: 294213
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone:   (916) 442-3552
Facsimile:   (916) 640-1521

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITE HERE INTERNATIONAL UNION, DOES 1-100;<br><br>Defendant. | Case No. 2:16-cv-01057<br><br>STIPULATION |

WHEREAS, Plaintiff SHINGLE SPRINGS BAND OF MIWOK INDIANS filed a Complaint for Declaratory Relief on May 18, 2016;

WHEREAS, Plaintiff intends to serve Defendant through mail coupled with acknowledgement of receipt pursuant to California Civil Procedure Section 415.30 and Federal Rule of Procedure 4(e)(1);

The parties hereby agree that Plaintiff will serve Kristin Martin of Davis, Cowell & Bowe, LLP, as counsel for Defendant, by U.S. mail no later than June 27, 2016; and that counsel for Defendant will accept service on behalf of Defendant. The parties further agree that Defendant shall have until July 18, 2016 to file an answer or other response to the Complaint.

IT IS SO STIPULATED.

Dated: June 8, 2016                      PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Christopher F. Wohl
    Christopher F. Wohl
    Tiffany T. Tran
    Attorneys for Plaintiff
    SHINGLE SPRINGS BAND OF MIWOK INDIANS

Dated: June 8, 2016                      DAVIS, COWELL AND BOWE, LLP

By: /s/ Kristin Martin
    Kristin Martin
    Attorneys for Defendant
    UNITE HERE INTERNATIONAL UNION

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

STIPULATION                              2.