Christopher F. Wohl, SBN: 170280
Alexandra M. Asterlin, SBN: 221286
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone:    (916) 442-3552
Facsimile:     (916) 640-1521

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITE HERE INTERNATIONAL UNION, DOES 1-100;<br><br>Defendant. | Case No. 2:16-cv-01057-TLN-EFB<br><br>**NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date:        October 5, 2017<br>Time:        2:00 p.m.<br>Courtroom:    2, 15th Floor |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 5, 2017 at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 501 'I' Street, Courtroom 2 on the 15th Floor, Sacramento, California, PLAINTIFF SHINGLE SPRINGS BAND OF MIWOK INDIANS will move this Court for an Order Staying the Execution of the Judgment pending appeal.

This motion is based upon the attached memorandum of points and authorities, all papers and files in this action, and any oral argument and additional evidence permitted by the Court.

Dated: August 9, 2017                    PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Christopher F. Wohl
    Christopher F. Wohl
    Alexandra M. Asterlin

    Attorneys for Plaintiff
    SHINGLE SPRINGS BAND OF MIWOK
    INDIANS

PALMER KAZANJIAN
WOHL HODSON LLP
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
916.442.3552

NOTICE OF MOTION AND MOTION TO STAY